ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                        )
Johnson Controls Government Systems, LLC     )     ASBCA No.   62575
                                                        )
Under Contract Nos.    DEA M3609GO29036       )
                       D.O. N39430-15-F-1626    )

APPEARANCE FOR THE APPELLANT:               Ron R. Hutchinson, Esq.
                                              Doyle & Bachman, LLP
                                              Arlington, VA

APPEARANCES FOR THE GOVERNMENT:             Craig D. Jensen, Esq.
                                              Navy Chief Trial Attorney
                                             Russell A. Shultis, Esq.
                                              Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 27, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62575, Appeal of Johnson Controls Government Systems, LLC, rendered in conformance with the Board's Charter.

Dated:  October 27, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals